```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

RICHARD GALLEGOS, JR.                              CIVIL ACTION

VERSUS                                             NUMBER: 07-9494

SLIDELL POLICE OFFICERS                            SECTION: "J"(5)
JOHN DOE 1, ET AL.

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation or to amend his lawsuit to specifically identify the defendants, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** without prejudice.

New Orleans, Louisiana, this 11th day of February, 2008.

```
                              _____
                                 UNITED STATES DISTRICT JUDGE
```