UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD GALLEGOS, JR.                    CIVIL ACTION

VERSUS                                   NUMBER: 07-9494

SLIDELL POLICE OFFICERS                  SECTION: "J"(5)
JOHN DOE 1, ET AL.

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's is suit dismissed for failure to prosecute.

New Orleans, Louisiana, this  1st  day of _____May_____, 2009.

UNITED STATES DISTRICT JUDGE

---

[1] The Court points out that the Magistrate Judge's Report and Recommendation refers to the mandate issued by the Fifth Circuit with a citation year of 2002. While the Court adopts the Report and Recommendation as written, the Court notes here that the correct citation year for the issuance of the Fifth Circuit's mandate is 2009.